UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JESY CRUZ; LUIS RODRIGUEZ; AND MERCEDES TRINIDAD: *on behalf of themselves and all other persons similarly situated*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>JMC HOLDINGS, LTD. d/b/a DOMINO'S PIZZA; JOHN CILMI; and JOHN DOES #1-10,<br><br>    *Defendants*. | Civil No.: 16-9321 (KSH) (CLW)<br><br>**Order** |

Upon consideration of named plaintiffs' consent motion for settlement (D.E. 34), and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 30th day of September, 2019, hereby

**ORDERED** that the proposed class, defined as "[a]ll persons who are or were employed by defendants in the United States at any time since December 14, 2013, to the entry of judgment in this case . . . as delivery drivers, who were not paid statutory minimum wages 'free and clear' and/or who were not paid proper overtime premium pay" is certified pursuant to Fed. R. Civ. P. 23, and is approved to proceed pursuant to 29 U.S.C. § 216(b) under the Fair Labor Standards Act; defendants and all class members who have not opted out are bound by the settlement agreement (the "Settlement Agreement") (D.E. 34-1); and it is further

**ORDERED** that the Settlement Agreement is fair, reasonable, and adequate and is approved; and it is further;

**ORDERED** that named plaintiffs' counsel's application for reasonable fees and costs is approved in the amount of $19,271.83; and it is further

**ORDERED** that named plaintiffs' request for a service award in the amount of $3,000.00 each is approved; and it is further

**ORDERED** that this case shall be marked as closed by the Clerk and shall be dismissed with prejudice.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.
